## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **JOSHUA R. WALLACE,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | No. 2:10-cv-428-GZS |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 21) filed September 27, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

        /s/ George Z. Singal  
        United States District Judge

Dated this 17th day of October, 2011.